Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC.
and ASETEK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASETEK HOLDINGS, INC. and ASETEK A/S,

Plaintiffs,

v.

COOLIT SYSTEMS INC.,

Defendant.

CASE NO. 3:12-CV-04498-EMC

**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION UNDER CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** (not related)

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Administrative Motion Under Civil L.R. 3-12 To Consider Whether Cases Should Be Related is **[GRANTED] [DENIED].**

Civil Action No. 3:12-cv-04498-EMC, captioned *Asetek Holdings, Inc. and Asetek A/S v. CoolIT Systems, Inc.*, is **[DEEMED RELATED] [DEEMED NOT RELATED]** to Civil Action No. 3:14-cv-02713-LB, captioned *Asetek A/S and Asetek Holdings, Inc. v. CoolIT Systems, Inc.*

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________.

**IT IS SO ORDERED.**

Dated: 7/8, 2014

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Edward M. Chen

...n
...District Court