UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ASETEK A/S and ASETEK HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | Case No. 4:14-cv-02713 CW<br><br>[PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF INTER PARTES REVIEW |

Pursuant to the Stipulation to Stay Litigation Pending the Outcome of Inter Partes Review and for good cause shown, IT IS ORDERED that (1) the Case Management Conference scheduled for September 10, 2014 is vacated; (2) all deadlines in this case are stayed until further notice from this Court; and (3) the parties shall notify the Court when the Inter Partes Review is finally resolved.

Dated: 9/5/2014

_____
Hon. Claudia Wilken
Judge of the United States District Court
Northern District of California

ASETEK HOLDINGS, et al. v. COOLIT SYSTEMS, INC. – 4:14-cv-02713 CW

1

[PROPOSED] ORDER GRANTING STIP TO STAY

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

139840.00603/12439429v.1